THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| NIKAEL C., <br><br> Plaintiff, <br><br> v. <br><br> MARTIN J. O'MALLEY, <br> Commissioner of Social Security, <br><br> Defendant. | **JUDGMENT** <br><br> Case No. 1:23-cv-00101-DBB-JCB <br><br> District Judge David Barlow <br><br> Magistrate Judge Jared C. Bennett |

IT IS ORDERED AND ADJUDGED that the Commissioner of Social Security Martin O'Malley's ("Commissioner") decision in this case is REVERSED under sentence four of 42 U.S.C. § 405(g), and this case is REMANDED to the Commissioner for further administrative proceedings.

Signed April 2, 2024.

BY THE COURT

_____
David Barlow
United States District Judge